RECEIVED
MAR - 8 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ANDRAE D. AARON, Petitioner | CIVIL ACTION NO. 1:13-2867-P |
| VERSUS | CHIEF JUDGE DRELL |
| TIM KEITH, ET AL, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendants' motion for summary judgment is GRANTED and that plaintiff's claims against all defendants are hereby **DISMISSED** with prejudice.

The pretrial conference scheduled for March 16, 2017 is CANCELLED.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 8 day of March, 2017.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT